1 **SEYFNIA & PRYBYLO, LLP**
2 Farzad Seyfnia, State Bar No. 292227
3 633 West 5th Street, Suite 2600
  Los Angeles, California 90071
4 Telephone: (213) 770-4529
5 fseyfnia@splawllp.com

6 Attorneys for Defendant ELAINE ANGELICA LINGA, d/b/a INVESTED LIFESTYLE and SIMPLYDRIVENLIFE
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROANN CELIS-CAPISTRANO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ELAINE ANGELICA LINGA, an individual and also doing business as INVESTED LIFESTYLE and SIMPLYDRIVENLIFE and Does 1-50<br><br>Defendants. | Case No. **2:23-cv-06283-JPR**<br>Honorable Jean P. Rosenbluth<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

Having considered the Defendant's Ex Parte Application and finding good cause therefore, and Plaintiff having failed to timely oppose it,

IT IS HEREBY ORDERED that the Ex Parte Application to Extend Time to File Responsive Pleading from August 31, 2023 to September 21, 2023 is GRANTED.

Dated: 9/1/2023            Signed: _/s/ Jean Rosenbluth_____
                           Honorable Jean P. Rosenbluth

1

**[PROPOSED] ORDER**