Kumar K. Maheshwari (CSB 245010)
Mahesh Law Group
7700 Irvine Ctr Dr. Ste 800
Irvine, CA  92618-3047
P: 530-400-9246

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANN CELIS-CAPISTRANO, individually,<br><br>                                              Plaintiff(s)<br>v.<br>ELAINE ANGELICA LINGA, individually and dba INVESTED LIFESTYLE and SIMPLYDRIVENLIFE and Does 1-50,<br><br>                                              Defendant(s). | CASE NUMBER<br><br>2:23-cv-6283-JPR<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

French Jr., Leonard J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

610-466-5644                                888-262-0632
*Telephone Number*                    *Fax Number*

ljfrench@leonardjfrench.com
*E-Mail Address*

of

The Law Firm of Leonard J. French
6034 Hamilton Blvd #187
Allentown, PA 18106

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Elaine Linga

*Name(s) of Party(ies) Represent Other:*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)* ☐

**and designating as Local Counsel**

Kumar K. Maheshwari
*Designee's Name (Last Name, First Name & Middle Initial)*

245010                              530-400-9246
*Designee's Cal. Bar No.*    *Telephone Number*       *Fax Number*

kumar@maheshlaw.com
*E-Mail Address*

of

Mahesh Law Group
7700 Irvine Ctr Dr. Ste 800
Irvine, CA 92618-3047

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☒ because   The Court does not accept electronic signatures.

**IT IS SO ORDERED**

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   September 22, 2023

*/s/ Terry Cullen*
United States District Judge