**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Roann Celis-Capistrano | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:23-cv-06283 PA(ASx) |
| Elaine Angelica Linga et al | **ORDER TO REASSIGN CASE** (Identical Civil Cases) |
| DEFENDANT(S). | |

On 02/03/2023, Civil Case No. 2:23-cv-00843 PD was filed and assigned to Magistrate Judge Patricia Donahue.

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, when a newly filed civil case is identified as identical to a previously filed civil case, pending or closed, the newly filed case shall be transferred to the judge assigned to the previously filed case.

Therefore, IT IS ORDERED that:

☒ the above-entitled case be transferred to the calendar of Magistrate Judge Patricia Donahue for all further proceedings.

☐ the above-entitled case having been randomly assigned to Judge _____, the Clerk shall reassign the Magistrate Judge assigned to hear any discovery matters that are or may be referred.

November 13, 2023                    Percy Anderson
Date                                 Chair, Case Management & Assignment Committee

**Notice to Counsel from the Clerk**

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge NA.

On all documents subsequently filed in this case, please substitute the initials PD after the case number in place of the initials of the prior judge so that the case number will read 2:23-cv-06283 PD. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge  ☐ Statistics Clerk

CV-81 (06/23)                ORDER TO REASSIGN CASE (Identical Civil Cases)