DAVID G. TORRES-SIEGRIST State Bar No. 220187
**TORRES⌐SIEGRIST**
225 S. Lake Avenue
Suite 300
Pasadena, CA 91101
Phone:      (626) 432-5460
Facsimile:  (626) 446-8927
*dgts@icloud.com*
**Attorneys for Plaintiff/Counterdefendant ROANN CELIS-CAPISTRANO**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
## WESTERN DIVISION

| | |
|---|---|
| ROANN CELIS-CAPISTRANO,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE ANGELICA LINGA, et al.,<br><br>Defendant.<br>_____<br>ELAINE ANGELICA LINGA,<br><br>individually,<br>                    Counterclaimant,<br>          v.<br><br>ROANN CELIS-CAPISTRANO,<br><br>individually,<br>              Counterdefendant | **Case No.: 2:23-cv-06283-PD-AS**<br><br>**DECLARATION OF DAVID G. TORRES-SIEGRIST, ESQ. COUNSEL FORPLAINTIFF/COUNTERDEFENDANT ROANN CELIS-CAPISTRANO RE: PROOF OF COMPLIANCE WITH COURT'S NOVEMBER 7, 2023 ORDER (DOCKET NO. 39)**<br><br>Due: November 17, 2023<br>Hon.  Percy Anderson<br>U.S. District Court Judge |

1

## DECLARATION OF DAVID G. TORRES-SIEGRIST, ESQ.

I, DAVID G. TORRES-SIEGRIST, ESQ. hereby declare:

1. I am an attorney at law licensed to practice before all the Courts of the State of California, and the U.S. District Court, Central District of California.

2. I am the attorney of record for Plaintiff/Counterdefendant ROANN CELIS-CAPISTRANO in the above-entitled matter. I have personal knowledge of the facts surrounding the present action and all facts herein stated. If called upon to testify, I could and would competently do so under oath as to the truth of the matters stated herein.

3. On behalf of my client and myself, I submit the following declaration of compliance for purposes of this Court's November 7, 2023 Order (Docket No. 39).

4. In lieu of payment of monetary sanctions to the Court, I on behalf of my client and my self made a donation of $1,000.00 dollars to be used for school supplies and/or books for students, to a public school within a five (5) mile radius of the First Street Courthouse.

5. VERMONT ELEMENTARY SCHOOL, which is a school site within the Los Angeles Unified School District is located at 1435 W. 27th St., Los Angeles, CA 90007 which, per google maps, is within four (4) miles of the First Street Federal Courthouse as reflected by the printout below:



2

6. On November 14, 2023, the undersigned made contact with the School's Principal, David Owens, as well as Assistant General Counsel for LAUSD Anthony Bejarano, Esq. regarding the donation to be made.

7. Mr. Bejarano provided Principal Owens with the requisite information regarding school specific donations and the administrator's obligation to follow the intent of the donor with respect to funds donated.

8. On November 15, 2023, I personally traveled to and from Vermont Elementary School to deliver the check which was left at the front office with administrative staff and placed in Mr. Owen's mail slot.

9.  A true and correct copy of the check is found below.



10. Principal Owens was not on site but did confirm receipt of the donation via e-mail later that evening.

11. The check, per LAUSD donations protocol was made payable to the Los Angeles Unified School District.

12. In the memo line, it specifically contains "DONATION ONLY TO BE USED BY VERMONT ELEMENTARY SCHOOL FOR THE PURCHASE OF SCHOOL SUPPLIES AND/OR BOOKS FOR STUDENTS."

3

13. Should the Court require any further information or proof, the undersigned stands ready and willing to produce any additional documentation the Court may require.

14. The undersigned, on behalf of himself and his client, sincerely thanks the Court for the donation alternative made available by the Court in lieu of payment of monetary sanctions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November 2023, at Pasadena, California.

_____

**DAVID G. TORRES-SIEGRIST, ESQ.**

4

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that I electronically filed the foregoing document with the

4

Clerk of the Court using CM/ECF and that service was perfected on all counsel

5

of record and interested parties through this system.

6

TORRES | SIEGRIST

7

8

Date: November 16, 2023                    By: _____

9

DAVID G. TORRES-SIEGRIST

Attorneys for
Plaintiff/Counterdefendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF DAVID G. TORRE-SIEGRIST, ESQ. COUNSEL FOR
PLAINTIFF/COUNTERDEFENDANT ROANN CELIS-CAPISTRANO RE: PROOF OF COMPLIANCE
WITH COURT'S NOVEMBER 7, 2023, ORDER (DOCKET NO. 39)