DAVID G. TORRES-SIEGRIST State Bar No. 220187
**TORRES SIEGRIST Law, APC**
Suite 300
Arcadia, CA 91007
Phone:       (626) 277-5330
Facsimile:  (626) 446-8927
*dgts@icloud.com*
**Attorneys for Plaintiff/Counter-Defendant ROANN CELIS-CAPISTRANO**

Elaine Angelica Linga
*simplydrivenlife@gmail.com*
4625 Durfee Ave El Monte, CA 90041
Tel.: 626-607-7603
**Pro Se Defendant**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT

| | |
|---|---|
| ROANN CELIS-CAPISTRANO individual<br><br>  Plaintiff,<br><br>vs.<br><br><br>ELAINE ANGELICA LINGA, et al<br><br><br>  Defendants,<br>_____<br>ELAINE ANGELICA LINGA,<br><br>individually,<br>  Counterclaimant,<br><br>vs.<br><br>ROANN CELIS-CAPISTRANO,<br><br>Individually<br>  Counterdefendant | Case No.: 2:23-cv-06283-SPG-KES<br><br>**STATUS REPORT PURSUANT TO JULY 16, 2025, COURT ORDER (DOCKET NO. 62) RE: SCHEDULING CONFERENCE (FRCP RULE 26(F) REPORT**<br><br>**Date: August 27, 2025<br>Time: 1:30 P.M.<br>Place: Courtroom 5C<br>  First Street Courthouse,<br>  350 West 1st Street,<br>  Los Angeles, CA 90012.**<br><br>**Hon. Sherilyn Peace Garnett,<br>U.S. District Court Judge** |

1  **COMES NOW Plaintiff/Cross-Defendant ROANN CELIS-CAPISTRANO, by**
2  **and through her attorney of record and Defendant/Cross-Complainant**
3  **ELAINE ANGELICA LINGA, pro se** and hereby jointly submit the following
4  Status Report Pursuant to this Court's Order of July 16, 2025 Re: Scheduling
5  Conference Federal Rules of Civil Rule Procedure Rule 26(f) and Local Rule 26-1
6  (Docket No. 62).

26  ///
27  ///
28  ///

## I. ITEMS REQUIRED BY FRCP 26(f)

### A. Meeting of Counsel

On August 7, 2025, the parties' counsel conferred pursuant to Federal Rule of Civil Procedure 26(f)(2) and worked cooperatively to prepare this Status Report Re: Joint Rule 26(f) Report and Discovery Plan. Attached hereto as "Exhibit A" is a copy of the jointly agreed upon dates incorporated into the Court's **SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET.**

### B. Rule 26(a) Initial Disclosures

The parties have previously made their initial disclosures.

### C. Discovery Issues

The parties have agreed that fact discovery shall not be conducted in phases. The parties will adhere to the scope of discovery set out in Rule 26(b).

The parties do not presently anticipate any unusual issues in discovery requiring orders from the Court.

The parties' joint scheduling proposal, including for the completion of discovery, is attached hereto as **Exhibit A**.

### D. Electronically Stored Information

The parties are not aware of any issues regarding disclosure, discovery or preservation of electronically stored information requiring orders from the Court at this time. The parties agree that they will meet and confer as appropriate should any issues arise.

### E. Privileged Material

The parties agree to follow the procedures set forth in Federal Rule of Civil Procedure 26(b)(5)(B) with respect to disclosures of privileged materials.

### F. Limitations on Discovery

The parties do not anticipate changes to the limitations on discovery imposed by the Federal and Local Rules.

1

STATUS REPORT PURSUANT TO JULY 16, 2025, COURT ORDER (DOCKET NO. 62) RE: SCHEDULING CONFERENCE (Federal Rules of Civil Rule Procedure Rule 26(f) and Local Rule 26-1)

**G. Other Discovery Orders**

Plaintiff does not believe that any additional discovery orders will be necessary other than those contemplated by the FRCP's.

**II.   STATUS REPORT REQUIREMENTS**

**A. Meeting of Counsel**

Pursuant to the Court's July 16, 2025 Scheduling Order and the parties' meet and confer held on August 7, 2025 at 5:00 p.m., agrees to "Exhibit A", the jointly agreed upon dates incorporated into the Court's SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET. Defendant also submits the following:

**B. Rule 26(a) Initial Disclosures**

Defendant contends that Plaintiff's Initial Disclosures are deficient and have never been supplemented, including but not limited to: (1) no complete witness list with contact information; (2) no identification or production of documents/ESI; (3) no computation of damages with supporting evidence; and (4) no disclosure of applicable insurance. The parties agreed Defendant will send a deficiency letter by August 13, 2025, Plaintiff will supplement by August 20, 2025, and unresolved issues will be addressed at the August 27, 2025 Scheduling Conference.

**C. Discovery and Motion Issues**

- *Preemption Issue*

**DEFENDANT'S POSITION:** Plaintiff has previously indicated an intent to dismiss the preempted claim. Defendant requests confirmation that this dismissal will be formally filed.

**PLAINTIFF'S POSITION:** Although discussions with previous counsel broached the topic, Plaintiff has not yet agreed to voluntarily abandon this claim.

- *Discovery Deficiencies*

**DEFENDANT'S POSITION:** Defendant contends that Plaintiff's RFPs, RFAs, and interrogatories are deficient and have never been supplemented: The parties agreed

that Defendant would send a deficiency letter no later than August 13, 2025, Plaintiff would supplement responses based on that letter no later than August 20, 2025, and any remaining disputes would be addressed at the August 27, 2025 Scheduling Conference.

**PLAINTIFF'S POSITION:** Plaintiff has provided full and complete responses to Discovery and has fulfilled her obligations under the FRCP's.

- ***Motion to Compel***

**DEFENDANT'S POSITION:** If Plaintiff's supplemental responses remain deficient, Defendant will notify the Court during the August 27, 2025 Scheduling Conference and will file a motion to compel, including a request for sanctions due to alleged discovery delays.

**PLAINTIFF'S POSITION:** Plaintiff has provided full and complete responses to Discovery and has fulfilled her obligations under the FRCP's.

- ***Motion for Security for Costs – CCP § 1030***

**DEFENDANT'S POSITION:** Defendant intends to file a motion for security for costs given Plaintiff's residency outside the United States and the reasonable possibility of Defendant prevailing. Defendant notes a similar $100,000 bond was requested and granted in *Calumpad Balabis v. Elaine Angelica Linga*, Case No. 2:23-cv-07850 (Dkt. 68).

**PLAINTIFF'S POSITION:** Plaintiff will oppose Defendant's anticipated Bond Motion.

- ***Deposition Transcript***

**DEFENDANT' POSITION:** Defendant requests Plaintiff's counsel to provide the contact information for the court reporter or service that recorded Defendant's deposition so she may obtain the transcript.

**PLAINTIFF'S POSITION:** Plaintiff provides the following information: Court Reporting Services for the January 25, 2024 Deposition of Defendant/Counter-

1 | Claimant ELAINE ANGELICA LINGA were provided by Atkinson-Baker, A
2 | Veritext Company (818) 551-7300 and REPORTED BY: Natie Flores Alvarado,
3 | CSR No. 901625, FILE NO.: 6424803
4 |

### D. Privileged Material

**DEFENDANT'S POSITION:** Defendant asserts the protections of the California Shield Law (Cal. Const. art. I, § 2(b); Cal. Evid. Code § 1070) and related journalistic privileges, and reserves the right to invoke such protections with respect to discovery requests that seek unpublished information, sources, or newsgathering materials.

**PLAINTIFF'S POSITION:** Federal Rule of Evidence 501 governs privilege in federal court. It states that in federal question cases, federal common law principles of privilege apply.

### E. Limitations on Discovery

**DEFENDANT'S POSITION:** Defendant will not seek to depose Defendant, on the stipulation that Plaintiff has committed to attend the trial in person and will give updates once the court schedule has been set.

**PLAINTIFF'S POSITION:** Plaintiff will make every effort to be present at trial. However, her physical presence within the United States hinges on the issuance of a visa by the United States. A firm trial date, will allow plaintiff to apply for the necessary travel visa.

### F. Other Discovery Orders

**DEFENDANT'S POSITION:** Defendant anticipates that additional discovery orders may be required, including but not limited to orders on motions to compel, sanctions for discovery delays, and security for costs under CCP § 1030.

**PLAINTIFF'S POSITION:** Plaintiff does not anticipate the need for any unusual discovery orders outside those covered by the Federal Rules of Civil Procedure.

### III. ITEMS REQUIRED BY LOCAL RULE 26

#### A. Complex Designation

The parties do not believe the procedures of the Manual for Complex Litigation should be utilized in this case.

#### B. Motion Schedule

The parties' joint scheduling proposal, including for the filing of dispositive or partially dispositive motions, is attached hereto as **Exhibit A**.

#### C. ADR

The Parties agree, with the Court's approval to participating in a Mandatory Settlement Conference before a United States District Court Magistrate Judge.

#### D. Trial Estimate

The parties preliminarily estimate the trial will take a total 2 days.

#### E. Additional Parties

The parties are not aware of any additional parties at this time

#### F. Expert Witnesses

The parties' joint scheduling proposal, including relating to the disclosure of expert witnesses, is attached hereto as **Exhibit A**. The Parties request the Court enter the parties' scheduling proposal pursuant to Rule 16(b).

///
///
///

**EXHIBIT A**

**JUDGE SHERILYN PEACE GARNETT**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court **ORDERS** the parties to make every effort to agree on dates.*

| Case No. 2:23-cv-06283 | Case Name: Roann Celis-Capistrano v. Elaine Angelica Linga | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Parties' Joint Date** mm/dd/yyyy | **Court Order** |
| Check one: ☑ Jury Trial or ☐ Court Trial ☐ Magistrate Judge (***Tuesday*** at 8:30 a.m., within 12 months of Scheduling Conference) Estimated Duration:      Days | | 03/10/2026 | ☐ Jury Trial ☐ Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] (**Wednesday** at 3:00 p.m., at least 18 days before trial) | | 02/18/2026 | |
| **Event** [1] **Note:** Hearings shall be on **Wednesday** at 1:30pm Other dates can be any day of the week | **Weeks Before FPTC**[2] | **Parties' Joint Date** mm/dd/yyyy | **Court Order** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings / Add Parties [Wednesday] | 24 | 09/10/2025 | |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 18 | 10/17/2025 | |
| Expert Disclosure (Initial) | 16 | 10/29/2025 | |
| Expert Disclosure (Rebuttal) | 14 | 11/12/2025 | |
| Expert Discovery Cut-Off | 13 | 11/19/2025 | |
| Last Date to <u>Hear</u> Motions[3]<br>• Motions due at least 4 weeks before hearing;<br>• Opposition due at least 3 weeks before hearing;<br>• Reply due at least 2 weeks before hearing. | 12 | 11/26/2025 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 12/24/2025 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one:  ☑ 1. Magistrate Judge *(with Court approval)*  ☐ 2. Court's Mediation Panel  ☐ 3. Private Mediation | 5 | 01/14/2026 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)**<br>• Motions *In Limine* (except *Daubert*)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 01/21/2026 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 02/04/2026 | |

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)4).

[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.

[3] Before filing Rule 56 motions, parties must review and comply with the Court's Standing Order for MSJ, which sets forth the briefing schedule and specific requirements for joint briefing and filing such motions.

1 | Respectfully submitted:

3 | Date: August 12, 2025

**TORRES † SIEGRIST**

By: _____
**DAVID G. TORRES-SIEGRIST**
Attorneys for Plaintiff/Counter-Defendant
**ROANN CELIS-CAPISTRANO**

Date: August 12, 2025

By: _____
**ELAINE ANGELICA LINGA**
Defendant/Counter-Complainant,
*Pro Se*

**CERTIFICATE OF SIGNATORIES AND AUTHORIZATION FOR FILING**

In accordance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed on this Joint Report, and on whose behalf this Stipulation is submitted, concur in the Stipulation's/ Joint Report's content and have authorized its filing and electronic signing.

**Date: August 13, 2025**

TORRES † SIEGRIST

By: _____
**DAVID G. TORRES-SIEGRIST**
**Attorneys for Plaintiff/Counter-Defendant**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

Date: August 13, 2025

**TORRES † SIEGRIST**

By:_____
**DAVID G. TORRES-SIEGRIST**
**Attorneys for Plaintiff/Counter-Defendant**