UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-06283-SPG-KES | Date | November 20, 2025 |
| Title | Roann Celis-Capistrano v. Elaine Angelica Linga et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Roann Celis-Capistrano and Defendant Elaine Angelica Linga jointly filed a Stipulation of Dismissal, dismissing both the Complaint and Counter-Complaint with prejudice, (ECF No. 68 ("Stipulation")). The Stipulation is effective to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court strikes the Proposed Order, (ECF No. 68-1), as moot, and all pending dates are vacated and taken off calendar. The case is closed. (JS-6).

                                                                                                                        : _____

                                      Initials of Preparer    pg